CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:26-CR-00121-HSG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 13, 2026, TO JULY 29, 2026, AND ORDER |
| v. | |
| AARON KURTIS MIKKELSEN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant AARON KURTIS MIKKELSEN, that the Court continue the status conference hearing currently scheduled for May 13, 2026, to July 29, 2026, and that time be excluded under the Speedy Trial Act from May 13, 2026, through July 29, 2026.

The government has produced all discovery in its possession for this matter and has made three productions of discovery to date. Most recently, on May 6, 2026, the government produced discovery for three devices and two online accounts. Defense counsel needs time to review the recently produced discovery, discuss the material with the defendant, and conduct any legal research or investigation necessary to effectively prepare the defendant's case. The parties may also need to arrange an in-person evidence view of the protected materials which requires additional time. Finally, the parties continue to

discuss a possible resolution and need time to meet and confer.

The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.  For this reason, the parties stipulate and agree that excluding time until July 29, 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 13, 2026, through July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 11, 2026                                   _____/s/_____
                                                                    KELLY I. VOLKAR
                                                                    Assistant United States Attorney

DATED: May 11, 2026                                   _____/s/ (with permission)_____
                                                                    KAITLYN R. FRYZEK
                                                                    Counsel for Defendant AARON KURTIS MIKKELSEN

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:26-CR-00121-HSG |
| Plaintiff, | ORDER (as modified) |
| v. | |
| AARON KURTIS MIKKELSEN, | |
| Defendant. | |

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, the Court vacates the status conference hearing currently scheduled for May 13, 2026, and continues the status conference to July 29, 2026 at 2:00 p.m., and for good cause shown, the Court finds that failing to exclude the time from May 13, 2026, through July 29, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 13, 2026, to July 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 13, 2026, through July 29, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   5/12/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge